IN The United State District Court
For The Southern District OF Mississippi
Southern Division

SOUTHERN DISTRICT OF MISSISSIPPI

NOV 30 2020

ARTHUR JOHNSTON
BY _____ DEPUTY

Nigellus Devonte Davis

PLINTIFF

Versus          CIVIL Action No:1:19-cv-00970-LG-RPM
Bancorp South et al

Defendant

Motion For Speedy Trial
I would like to let the case to be heard
and see what happens.

PLINTIFF; Nigellus D. Davis

Address; 18308 Leslie Lane Saucier MS
39574